IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| EVENFLO COMPANY, INC., | : | CASE NO. 3:05 CV 0201 |
| Plaintiff, | : | (Judge Walter H. Rice) |
| v. | : | **STIPULATED JUDGMENT OF** |
| FISHER-PRICE, INC., | : | **DISMISSAL** |
| Defendant. | : | |

The parties being in agreement, and the Court being duly and sufficiently advised;

IT IS STIPULATED, ORDERED AND ADJUDGED that Plaintiff EVENFLO COMPANY, INC.'s claims in the above-captioned action be, and hereby are, DISMISSED with prejudice as to Defendant, FISHER-PRICE, INC. and its directors, officers, employees, attorneys, insurers, successors and assigns, subsidiaries, affiliates, divisions, parent companies, and related corporate entities, and that Defendant's counterclaims be, and hereby are, DISMISSED without prejudice as to Plaintiff and its directors, officers, employees, attorneys, insurers, successors and assigns, subsidiaries, affiliates, divisions, parent companies, and related corporate entities, with each party to bear its own costs.

Dated this 22nd day of June, 2007.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

{W0832864.1}

STIPULATED:


s/John M. Mueller (by Charles J. Faruki via electronic mail authorization)
John M. Mueller (0068876)
  Trial Attorney
Kevin W. Kirsch
TAFT, STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Telephone: (513) 381-2838
Telecopier: (513) 381-0205
E-Mail: Mueller@TAFTLAW.com

Attorneys for Plaintiff
Evenflo Company, Inc.


s/Charles J. Faruki
Charles J. Faruki (0010417)
  Trial Attorney
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
Telephone: (937) 227-3705
Telecopier: (937) 227-3717
E-Mail: cfaruki@ficlaw.com

William E. Wallace III
Jay I. Alexander
MILBANK, TWEED, HADLEY &
  MCCLOY, LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 835-7591
Telecopier: (202) 835-7586
E-Mail: jalexander@milbank.com

Attorneys for Defendant
Fisher-Price, Inc.